# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

CHARLES BADAIN and MARY O'REILLY, on
behalf of themselves and all others similarly situated,

     Plaintiffs,

     v.

WACHOVIA SECURITIES, LLC and PRUDENTIAL
SECURITIES INC.

No. 06-CV-06321 (MAT)

**STIPULATION**

WHEREAS, Defendant Prudential Equity Group, LLC (incorrectly sued as Prudential Securities, Inc.) submitted its Motion to Dismiss the above-captioned matter on November 27, 2006.

WHEREAS, Plaintiffs, pursuant to order December 18, 2006, were scheduled to respond to Defendant's Motion to Dismiss on January 19, 2007; and Defendant was scheduled to submit a reply on January 26, 2007; and

WHEREAS, by order of the Judicial Panel on Multidistrict Litigation dated December 22, 2006 this matter will be transferred to the Honorable David O. Carter of the Central District of California,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Plaintiff's response to Defendant's Motion to Dismiss is now due on Friday, February 2, 2007 and Defendant's reply will be due on Friday, February 9, 2007, with the understanding that the parties may agree to a further extension.

**MORGAN, LEWIS & BOCKIUS, LLP**

By: _/Adam J. Price____
Christopher A. Parlo
Adam J. Price
101 Park Avenue
New York, N.Y. 10178
Telephone:  212-309-6000
Attorneys for Defendant
Prudential Equity Group, LLC

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: _____
Robert Abrams
Jeffrey G. Smith
270 Madison Avenue
New York, N.Y. 10016
Telephone: 212-545-4602

**CHAMBERLAIN,    D'AMANDA,  OPPENHEIMER & GREENFIELD**

/s K. W. Eaton
K. Wade Eaton
Matthew J. Fusco
1600 Crossroads Building
Two State Street
Rochester, N.Y.14614
Telephone: 585-232-3730
Attorneys for Plaintiffs

**SO ORDERED:**

_S/ MICHAEL A. TELESCA___
Michael A. Telesca, USDJ

Dated:  January 26, 2007